In re:  Case No. 23-01169-MJC
Anthony David Ellis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 16, 2023     Form ID: ordsmiss     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony David Ellis, 315 Camelot Dr, Stroudsburg, PA 18360-8739 |
| 5543331 | + | Capital Mtg Svcs Of Te, 4212 50th, Lubbock, TX 79413-3810 |
| 5543339 | + | First Choice Bank/dove, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 5543345 | | LOGS Legal Group LLP, 3600 Horizon Dr Ste 150, Kng of Prussa, PA 19406-4702 |
| 5543350 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5543352 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5548296 | + | Siwell Inc. DBA Capital Mortgage Service of Texas, 4212 - 50th Street, Lubbock , TX 79413-3810 |
| 5543354 | | Stroud Township, 1211 N 5th St, Stroudsburg, PA 18360-2608 |
| 5543355 | + | Toby Hanna Army Depo, 300 Mulberry St, Scranton, PA 18503-1225 |
| 5543356 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5543358 | + | Valor Federal Credit U, 300 Mulberry St, Scranton, PA 18503-1225 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5543330 | + | Email/Text: backoffice@affirm.com | Nov 16 2023 18:39:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5552594 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2023 18:55:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5543332 | + | EDI: CAPITALONE.COM | Nov 16 2023 23:42:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5552968 | | EDI: CAPITALONE.COM | Nov 16 2023 23:42:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5543335 | | EDI: CITICORP.COM | Nov 16 2023 23:42:00 | Citibank, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5543336 | + | EDI: WFNNB.COM | Nov 16 2023 23:42:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5543337 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2023 18:45:26 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5544993 | | EDI: DISCOVER.COM | Nov 16 2023 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5543338 | + | EDI: DISCOVER.COM | Nov 16 2023 23:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5543340 | + | EDI: AMINFOFP.COM | Nov 16 2023 23:42:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5543341 | + | EDI: PHINGENESIS | Nov 16 2023 23:42:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5557214 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 16 2023 18:39:00 | Hyundai Capital America DBA Hyundai Motor |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 5543342 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 16 2023 18:39:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 5543343 | | EDI: IRS.COM | Nov 16 2023 23:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5543334 | | EDI: JPMORGANCHASE | Nov 16 2023 23:42:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 5543333 | | EDI: JPMORGANCHASE | Nov 16 2023 23:42:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5543344 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 16 2023 18:39:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedeman Rd OH-01-51-0622, Brooklyn, OH 44144-2338 |
| 5557289 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2023 18:45:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5543346 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 16 2023 18:39:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 5543347 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 16 2023 18:39:00 | Medical Data Systems (MDS), 2001 9th Avenue Suite 312, Vero Beach, FL 32960-6413 |
| 5543348 | + | Email/Text: Unger@Members1st.org | Nov 16 2023 18:39:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5543349 | | Email/Text: MKnitter@monroecountypa.gov | Nov 16 2023 18:39:25 | Monroe County Tax Claim Bureau, 1 Quaker Plz Ste 104, Stroudsburg, PA 18360-2141 |
| 5543351 | | EDI: PENNDEPTREV | Nov 16 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5543351 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5557378 | | Email/Text: BNCnotices@dcmservices.com | Nov 16 2023 18:39:00 | Pennsylvania HM Associates PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5543353 | + | Email/Text: bkrgeneric@penfed.org | Nov 16 2023 18:39:00 | Pentagon FCU, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5552982 | | EDI: Q3G.COM | Nov 16 2023 23:42:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5543357 | ^ | MEBN | Nov 16 2023 18:36:53 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Siwell Inc. DBA Capital Mortgage Service of Texas, 4212 - 50th Street, Lubbock, TX 79413-3810 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Siwell Inc. DBA Capital Mortgage Service of Texas logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Anthony David Ellis mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email;cibiklaw@recap.email |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Anthony David Ellis, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:23−bk−01169−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: November 16, 2023

ordsmiss (05/18)